**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Rome Division**

In    Debtor(s)
Re:   **Meiyauki LaShun Triplett**
      23 Ivey Township Drive
      Dallas, GA 30132

      **xxx–xx–4152**

Case No.: **25–41930–pwb**
Chapter:  **13**
Judge:  **Paul W. Bonapfel**

# ORDER CONFIRMING PLAN

The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 plan is confirmed;

(2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor, dismissal of the case, or closing of case without the entry of a discharge, unless the Court orders otherwise;

(3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan; and

(4) Attorney fees for Debtor's counsel provided for in the Chapter 13 plan and disclosed in the disclosure statement required by Federal Rule of Bankruptcy Procedure 2016(b) are allowed as an administrative expense, subject to disgorgement or disallowance upon request of any party in interest or *sua sponte* by the Court.

(5) Unless the Court orders otherwise, if the amount of a creditor's secured claim is listed in § 3.2 of the plan as having no value (i.e., is zero), the lien securing that claim will terminate and be released by the creditor without further order, effective upon entry of discharge or an order closing the case without discharge. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(6) Unless the Court orders otherwise, if a claim is listed in § 3.2 of the plan as having value, the lien securing that claim will terminate and be released by the creditor without further order in accordance with § 3.2 of the plan. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(7) Unless the Court orders otherwise, if § 3.4 of the plan provides that a judicial lien or a nonpossessory, nonpurchase money security interest is avoided as of the entry of the order confirming the plan, such avoidance is subject to 11 U.S.C. §§ 349 and 522(c) if the case is dismissed.

(8) Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under § 521(i)(1), Debtor is not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest.

**IT IS SO ORDERED.**

Dated:   April 8, 2026

New Form 132

Paul W. Bonapfel
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 25-41930-pwb

Meiyauki LaShun Triplett                                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-6 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2026 | Form ID: 132 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Meiyauki LaShun Triplett, 23 Ivey Township Drive, Dallas, GA 30132-9227 |
| 25632560 | + | Sterling Auto Consultants, 4180 Lawrenceville Hwy., Tucker, GA 30084-4715 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 08 2026 20:36:25 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25632548 | + | Email/Text: bankruptcynotices@aarons.com | Apr 08 2026 20:28:00 | Aaron's, 4272 Jimmy Lee Smith Pkwy, Ste H, Hiram, GA 30141-2649 |
| 25672324 | + | Email/Text: bankruptcynotices@aarons.com | Apr 08 2026 20:28:00 | Aarons, LLC f/k/a Aarons, Inc., d/b/a Aarons, 400 Galleria Parkway, SE Suite 300, Atlanta, GA 30339-3182 |
| 25632549 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 08 2026 20:27:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 25654190 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 08 2026 20:36:40 | Bridgecrest Acceptance Corporation by AIS Portfoli, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25632550 | | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 08 2026 20:27:23 | Caine & Weiner, P.O. Box 55848, Sherman Oaks, CA 91413 |
| 25632551 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2026 20:35:34 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 25632552 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 08 2026 20:29:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 25632553 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 08 2026 20:36:41 | First Premier Bank, 601 S. Minnesotta Ave., Sioux Falls, SD 57104-4868 |
| 25708596 | | Email/Text: brnotices@dor.ga.gov | Apr 08 2026 20:28:00 | Georgia Department of Revenue, Bankruptcy, 2595 Century Parkway NE, Suite 339, Atlanta, Georgia 30345 |
| 25632554 | | Email/Text: brnotices@dor.ga.gov | Apr 08 2026 20:28:00 | Georgia Dept. of Revenue, Accounts Receivable Collection, 1800 Century Blvd NE Ste 9100, Atlanta, GA 30345 |
| 25632555 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 08 2026 20:28:00 | Internal Revenue Service CIO, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25678604 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 08 2026 20:28:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 25632556 | | Email/Text: EBN@Mohela.com | Apr 08 2026 20:27:00 | MOHELA Dept. of Edu, 633 Spirit Dr., Chesterfield, MO 63005 |
| 25662958 | | Email/Text: EBN@Mohela.com | | |

District/off: 113E-6 | User: bncadmin | Page 2 of 2
Date Rcvd: Apr 08, 2026 | Form ID: 132 | Total Noticed: 22

| | | Apr 08 2026 20:27:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 25683751 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 08 2026 20:28:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 25632557 | + Email/Text: bknotices@progressresidential.com | Apr 08 2026 20:29:00 | Progress Residential, 2658 Holcomb Bridge #118, Alpharetta, GA 30022-6822 |
| 25662634 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 08 2026 20:28:00 | SANTANDER CONSUMER USA Inc., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 25632559 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 08 2026 20:28:00 | Santander Bank, P.O. Box 961211, Fort Worth, TX 76161-0211 |
| 25633374 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Apr 08 2026 20:28:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| 25632558 | *+ | Progress Residential, 2658 Holcomb Bridge #118, Alpharetta, GA 30022-6822 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:

**Name**          **Email Address**

Andrew D. Gleason
                  on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. agleason@lrglaw.com

Jeffrey M. Heller
                  on behalf of Debtor Meiyauki LaShun Triplett jeff@jeffhellerlaw.com
                  R55006@notify.bestcase.com;bkparalegal@jeffhellerlaw.com

K. Edward Safir
                  info@atlch13tt.com

TOTAL: 3