

**IT IS ORDERED as set forth below:**

**Date: April 15, 2026**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

IN RE:                                           CASE: R25-41930-PWB

MEIYAUKI LASHUN TRIPLETT                          CHAPTER 13

                                                  JUDGE PAUL W. BONAPFEL

Debtor

### <u>SUPPLEMENTAL ORDER OF CONFIRMATION</u>

The above-style case came on for confirmation hearing on April  8, 2026. The Trustee

objected to the confirmation of this plan for failure of the Debtor to submit to an employer

deduction order. It appearing that the Debtor and the Chapter 13 Trustee have entered into this

Agreement to resolve the Trustee objection, it is hereby

ORDERED, that the Debtor shall strictly comply with the requirements of this Chapter

13 Plan.  If during the first twelve (12) months following confirmation the Debtor fails to pay

each plan payment on a timely basis, then the Chapter 13 Trustee may, without further notice,

submit a report of non-compliance to the Court, and the case may be dismissed without further

hearing.

The Clerk of Court is directed to serve a copy of this Order on Debtor, the Debtor's

Attorney, and the Chapter 13 Trustee.


End of Document

Presented by:

  /s/
_____
Brandi L. Kirkland, Esq.
for the Chapter 13 Trustee
GA Bar No. 423627
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303-1229
(404) 525-1110
brandik@atlch13tt.com


Consented to by:

      /s/
_____
Jeffrey M. Heller, Esq.
J. M. Heller Attorney at Law, P.C.
291 Jarvis Street
Canton, ga 30114
(770) 345-1130
Email: jeff@jeffhellerlaw.com
Attorney for Debtor
GA Bar No. 344105
With express permission
Signed by Brandi L. Kirkland

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

IN RE:                                                     CASE: R25-41930-PWB

MEIYAUKI LASHUN TRIPLETT                                   CHAPTER 13

                                                          JUDGE PAUL W. BONAPFEL

Debtor

**DISTRIBUTION LIST**

K. EDWARD SAFIR, STANDING CHAPTER 13 TRUSTEE
285 PEACHTREE CENTER AVE, SUITE 1600
ATLANTA, GA 30303-1229

J.M. HELLER, ATTORNEY AT LAW P.C.
291 JARVIS STREET,
CANTON, GA 301140000

MEIYAUKI LASHUN TRIPLETT
23 IVEY TOWNSHIP DRIVE
DALLAS, GA 30132