

**IT IS ORDERED as set forth below:**

**Date: April 15, 2026**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| IN RE: | CASE: R25-41930-PWB |
| MEIYAUKI LASHUN TRIPLETT | CHAPTER 13 |
| | JUDGE PAUL W. BONAPFEL |
| Debtor | |

### SUPPLEMENTAL ORDER OF CONFIRMATION

The above-style case came on for confirmation hearing on April 8, 2026. The Trustee objected to the confirmation of this plan for failure of the Debtor to submit to an employer deduction order. It appearing that the Debtor and the Chapter 13 Trustee have entered into this Agreement to resolve the Trustee objection, it is hereby

ORDERED, that the Debtor shall strictly comply with the requirements of this Chapter 13 Plan.  If during the first twelve (12) months following confirmation the Debtor fails to pay each plan payment on a timely basis, then the Chapter 13 Trustee may, without further notice, submit a report of non-compliance to the Court, and the case may be dismissed without further hearing.

The Clerk of Court is directed to serve a copy of this Order on Debtor, the Debtor's

Attorney, and the Chapter 13 Trustee.


End of Document

Presented by:


_/s/_____

Brandi L. Kirkland, Esq.
for the Chapter 13 Trustee
GA Bar No. 423627
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303-1229
(404) 525-1110
brandik@atlch13tt.com


Consented to by:


_____/s/_____

Jeffrey M. Heller, Esq.
J. M. Heller Attorney at Law, P.C.
291 Jarvis Street
Canton, ga 30114
(770) 345-1130
Email: jeff@jeffhellerlaw.com
Attorney for Debtor
GA Bar No. 344105
With express permission
Signed by Brandi L. Kirkland

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

IN RE:                                          CASE: R25-41930-PWB

MEIYAUKI LASHUN TRIPLETT              CHAPTER 13

                                                JUDGE PAUL W. BONAPFEL

Debtor

## DISTRIBUTION LIST

K. EDWARD SAFIR, STANDING CHAPTER 13 TRUSTEE
285 PEACHTREE CENTER AVE, SUITE 1600
ATLANTA, GA 30303-1229

J.M. HELLER, ATTORNEY AT LAW P.C.
291 JARVIS STREET,
CANTON, GA 301140000

MEIYAUKI LASHUN TRIPLETT
23 IVEY TOWNSHIP DRIVE
DALLAS, GA 30132

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 25-41930-pwb

Meiyauki LaShun Triplett                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-6 | User: bncadmin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 15, 2026 | Form ID: pdf504 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

**Recip ID                Recipient Name and Address**
db                        +  Meiyauki LaShun Triplett, 23 Ivey Township Drive, Dallas, GA 30132-9227

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew D. Gleason | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. agleason@lrglaw.com |
| Jeffrey M. Heller | on behalf of Debtor Meiyauki LaShun Triplett jeff@jeffhellerlaw.com R55006@notify.bestcase.com;bkparalegal@jeffhellerlaw.com |
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 16  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |

TOTAL: 4