**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF GEORGIA**

**In RE:**

MEIYAUKI LASHUN TRIPLETT

**Chapter:** 13

**Claim Number:** 2

**Case Number:** 25-41930

**Debtor(s)**

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Bridgecrest Acceptance Corporation**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only          [√] Payment only          [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:

Bridgecrest Acceptance Corporation by AIS Portfolio Services, LLC as agent

P.O. Box 4138

Houston, TX 77210

TO:

Bridgecrest Acceptance Corporation by AIS Portfolio Services, LLC as agent

PO Box 661384

Dallas,TX 75266-1384

Date:  08/14/2026

/s/ Amit Rohit

Creditor's Authorized Agent for Bridgecrest Acceptance Corporation

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

**In RE:**

**Chapter:** 13

   MEIYAUKI LASHUN TRIPLETT

**Case Number:** 25-41930

**Debtor(s)**

**Certificate of Service**

I certify that on 08/14/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
JEFFREY M HELLER
JEFF@JEFFHELLERLAW.COM

Trustee
K EDWARD SAFIR
info@atlch13tt.com

/s/ Amit Rohit

Amit Rohit
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com