THE TOTTEN FIRM
REAL ESTATE ATTORNEYS

5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338

Matthew F.Totten, Esq.
Direct Dial: (404) 692-4342
Email: mft@tottenfirm.com

September 8, 2026

**VIA FIRST CLASS MAIL & E-MAIL – Jeffrey M. Heller (jeff@jeffhellerlaw.com; austin@jeffhellerlaw.com)**

| | | |
|---|---|---|
| Jeffrey M. Heller<br>J.M. Heller, Attorney at Law, P.C.<br>291 Jarvis Street<br>Canton, GA 30114<br>*Counsel for Debtor* | Meiyauki LaShun Triplett,<br>23 Ivey Twp Dr<br>Dallas GA 30132<br>*Debtor* | |
| | | |

RE: Notice of Default, Strict Compliance, *IN RE: Meiyauki LaShun Triplett, Case No. 25-41930-pwb, US Bankruptcy Court, Northern District of Georgia*

To Whom It May Concern:

Pursuant to the terms of that Bankruptcy Court Order, as attached hereto, please be advised that the debtor is in default of the strict compliance plan terms as to payment.

For ease of reference, I have included a snapshot of the funds remaining outstanding pursuant to the terms of the lease per my client post-petition and which remains unpaid.

Should the debtor fail to cure its default within five (5) days of this letter, my client intends to move forward pursuant to the terms of the enclosed order.

Sincerely,

THE TOTTEN FIRM, LLC

*/s/ Matthew F. Totten*

Matthew F. Totten, Esq.

Attachments

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/04/2026 | | chk# 40198367948711 :CHECKscan Payment | | 239.00 | 21,052.83 | 22264342 |
| 05/04/2026 | | chk# 6304505587 :CHECKscan Payment | | 10,250.00 | 10,802.83 | 22264349 |
| 06/01/2026 | utlgas | Gas - 03/25/26-04/24/26 | 57.50 | | 10,860.33 | 63458397 |
| 06/01/2026 | utlfee | Service Fee | 9.99 | | 10,870.32 | 63458398 |
| 06/01/2026 | utlswr | Sewer - 02/24/26-03/25/26 | 36.45 | | 10,906.77 | 63458399 |
| 06/01/2026 | utltrsh | Trash - 05/01/26-05/31/26 | 70.43 | | 10,977.20 | 63458400 |
| 06/01/2026 | utlwtr | Water - 02/24/26-03/25/26 | 51.03 | | 11,028.23 | 63458401 |
| 06/01/2026 | exmptfee | Ins Exmpt (06/2026) | 14.95 | | 11,043.18 | 63695373 |
| 06/01/2026 | rent | Rent (06/2026) | 2,291.00 | | 13,334.18 | 63884404 |
| 07/01/2026 | utlgas | Gas - 04/24/26-05/26/26 | 56.76 | | 13,390.94 | 64089664 |
| 07/01/2026 | utlfee | Service Fee | 9.99 | | 13,400.93 | 64089665 |
| 07/01/2026 | utlswr | Sewer - 03/25/26-04/28/26 | 50.65 | | 13,451.58 | 64089666 |
| 07/01/2026 | utltrsh | Trash - 05/31/26-06/30/26 | 66.03 | | 13,517.61 | 64089667 |
| 07/01/2026 | utlwtr | Water - 03/25/26-04/28/26 | 67.46 | | 13,585.07 | 64089668 |
| 07/01/2026 | exmptfee | Ins Exmpt (07/2026) | 14.95 | | 13,600.02 | 64363308 |
| 07/01/2026 | rent | Rent (07/2026) | 2,291.00 | | 15,891.02 | 64576429 |
| 08/01/2026 | utlgas | Gas - 05/26/26-06/24/26 | 55.61 | | 15,946.63 | 64783012 |
| 08/01/2026 | utlfee | Service Fee | 9.99 | | 15,956.62 | 64783013 |
| 08/01/2026 | utlswr | Sewer - 04/28/26-06/02/26 | 55.39 | | 16,012.01 | 64783014 |
| 08/01/2026 | utltrsh | Trash - 06/30/26-07/31/26 | 66.04 | | 16,078.05 | 64783015 |
| 08/01/2026 | utlwtr | Water - 04/28/26-06/02/26 | 72.93 | | 16,150.98 | 64783016 |
| 08/01/2026 | exmptfee | Ins Exmpt (08/2026) | 14.95 | | 16,165.93 | 65050795 |
| 08/01/2026 | rent | Rent (08/2026) | 2,291.00 | | 18,456.93 | 65256150 |
| 09/01/2026 | utlgas | Gas - 06/24/26-07/24/26 | 55.61 | | 18,512.54 | 65552897 |
| 09/01/2026 | utlfee | Service Fee | 9.99 | | 18,522.53 | 65552898 |
| 09/01/2026 | utlswr | Sewer - 06/02/26-06/29/26 | 44.02 | | 18,566.55 | 65552899 |
| 09/01/2026 | utltrsh | Trash - 08/01/26-08/31/26 | 70.43 | | 18,636.98 | 65552900 |
| 09/01/2026 | utlwtr | Water - 06/02/26-06/29/26 | 59.79 | | 18,696.77 | 65552901 |
| 09/01/2026 | exmptfee | Ins Exmpt (09/2026) | 14.95 | | 18,711.72 | 65725577 |
| 09/01/2026 | rent | Rent (09/2026) | 2,291.00 | | 21,002.72 | 65904444 |

**IT IS ORDERED as set forth below:**

**Date: September 1, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br>Meiyauki LaShun Triplett<br><br>**Debtor(s)**. | CASE NO. 25-41930-pwb<br>CHAPTER 13<br><br>Judge Paul W. Bonapfel |
| Progress Residential Borrower 16, LLC<br><br>**Movant**<br><br>v.<br><br>Meiyauki LaShun Triplett, Debtor(s),<br>K. Edward Safir, Trustee<br>**Respondents**. | CONTESTED MATTER |

**ORDER DENYING MOTION FOR RELIEF FROM STAY WITH STRICT COMPLIANCE**

This matter came before the Court on Movant's Motion for Relief from Stay [Doc. No. 28], as filed on April 9, 2026. A hearing was scheduled on Movant's Motion on May 6, 2026. Movant and Debtor resolved the Motion by evidencing their consent to terms contained herein, as further announced at the hearing on the Motion.

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated February 6, 2025, at a rate of $2175.00 per month, plus utilities as-incurred and fees accruing thereunder (hereinafter, the "Lease"). The Lease is executed by Meiyauki LaShun Triplett, relative to certain property known as 23 Ivey Twp Dr, Dallas GA 30132, (hereinafter, the "Property"). A true and correct copy of the Lease was attached to the Motion and incorporated herein by reference.

The Debtor failed to timely remit rent under the terms of the Lease for non-payment of rent in the amount of $18,767.32, including a post-filing default for failure to pay rent, plus utilities as-incurred and fees accruing thereunder, for the month(s) of January, February, March, and April 2026; as a result, Movant sought relief from the automatic stay.

Debtor desires to remain in possession of the Property and to otherwise abide by the terms and obligations of the Lease. Therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay with respect to the Property as to the Debtor is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**IT IS FURTHER ORDERED** that the post-petition arrearage through April 2026 totals $10,488.57, representing rent, plus utilities as-incurred and fees accruing thereunder. This arrearage shall be paid as follows: in full by May 1, 2026.

**IT IS FURTHER ORDERED** that the post-petition amount owing for May 2026 totals $2524.51, representing rent, plus utilities as-incurred and fees accruing thereunder. Said sum shall be paid as follows: in full by May 8, 2026.

**IT IS FURTHER ORDERED** that all payments tendered by Debtor to Movant shall be made in certified funds. Payments must be received at Movant's

mailing address, as located at 7500 N. Dobson Rd, Ste 300, Scottsdale, AZ 85256 or to such address as may be later designated in writing. Failure to tender the above-described payment shall entitle Movant to an order lifting the stay to allow it to pursue its state law remedies as to Debtor and the Property upon a sworn affidavit of Movant's counsel without further hearing.

**IT IS FURTHER ORDERED** that Debtor will resume strict compliance with the Lease, including as to the monthly rental payments and utilities due thereunder beginning June 2026. Should Debtor default on the payments of the arrearage payments referenced above and/or the regular rental payments which come due according to the Lease through January 31, 2027, then upon notice of default sent by first class mail to Debtor to the respective addresses that appear on the attached distribution list, and to Debtor's attorney to the designated email address as maintained with the CM/ECF system and failure to cure such default within five (5) days from the date of receipt of such notice by sending payment to such address that Movant directs in its Notice of Default, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay under §§362(a),(d) and § 1301 without further notice or hearing.

[**END OF DOCUMENT**]

Consented to by:

/s/ Matthew F. Totten
Matthew F. Totten
GA Bar No. 798589
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338
*Attorney for Movant*

Consented to by:

_/s/ Jeffrey M. Heller (w/ exp. perm)
Jeffrey M. Heller
GA Bar # 344105
J.M. Heller, Attorney at Law, P.C.
291 Jarvis Street
Canton, GA 30114
*Attorneys for Debtor*

Seen and No Opposition:

_/s/ Brandi L. Kirkland (w/ exp. perm)
Brandi L. Kirkland
GA Bar #423627
Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 3030

<u>Distribution List</u>:

J.M. Heller, Attorney at Law, P.C.
291 Jarvis Street
Canton, GA 30114
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303
*Trustee*

Meiyauki LaShun Triplett, Debtor
23 Ivey Twp Dr
Dallas GA 30132