IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br>Meiyauki LaShun Triplett,<br><br>**Debtor(s)**. | CASE NO. 25-41930-pwb<br>CHAPTER 13 |
| Progress Residential Borrower 16, LLC<br><br>**Movant**<br><br>v.<br><br>Meiyauki LaShun Triplett, Debtor(s);<br>and K. Edward Safir, Trustee<br>**Respondents**. | Judge Paul W. Bonapfel<br><br>CONTESTED MATTER |

**DECLARATION OF DEBTOR'S NONCOMPLIANCE WITH COURT ORDER**

PERSONALLY APPEARED Matthew F. Totten, who pursuant to 28 U.S.C.A. § 1746 declares and states as follows:

1. My name is Matthew F. Totten; I am over 21 years of age and suffering from no disease or defect that would render me incompetent to testify before this Court. I am competent to testify to all matters set forth herein and do so based on my personal knowledge.
2. I am an attorney licensed to practice law in the State of Georgia.
3. I represent the Movant as legal counsel in the above-styled matter.
4. Per this Court's strict compliance order dated Sept. 1, 2026 [Doc. 35], MEIYAUKI LASHUN TRIPLETT was ordered to strictly comply with the ongoing rental payments through January 31, 2027.

5. Additionally, Debtor further agreed to cure the post petition arrearage owing through April 2026 via payments of $ 10,488.57 by May 1, 2026 and to cure the post petition arrearage owing through May 2026 via payments of $2524.51 by May 8, 2026.
6. Debtor further agreed to resume strict compliance with the ongoing monthly rental payments and utilities, commencing June 1, 2026.
7. Debtor failed to cure the post-petition arrearage through May 2026, having failed to pay $2524.51 by May 8, 2026, as remains outstanding.
8. Debtor failed to pay post-petition sums, namely rent and utilities, for June 2026 and all months thereafter.
9. On September 8, 2026, counsel for Movant sent to Debtor and Debtor's Counsel a Notice of Default; a copy of said Notice of Default is to the contemporaneous motion as an Exhibit.
10. As of this date, Debtor remains in possession of the property in question in this matter despite their failure to comply with the foregoing terms as ordered by this Court.
11. Pursuant to the foregoing, Movant respectfully requests that this Court enter an order lifting the automatic stay under §§ 362 and Bankruptcy Rule 4001(a)(3).

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

EXECUTED, this Friday, September 18, 2026.

_/s/ Matthew F. Totten_____________
Matthew F. Totten
GA Bar. No. 798589
Attorney for Movant

**CERTIFICATE OF SERVICE**

This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing ***DECLARATION OF DEBTOR'S NONCOMPLIANCE WITH COURT ORDER*** in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

K. Edward Safir
Standing Chapter 13 Trustee
Ste 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303

J.M. Heller, Attorney at Law, P.C.
291 Jarvis Street
Canton, GA 30114
*Counsel for Debtor*

I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

Meiyauki LaShun Triplett, Debtor
23 Ivey Twp Dr
Dallas GA 30132

Dated: Friday, September 18, 2026.

THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT