**IT IS ORDERED as set forth below:**

**Date: September 24, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br>Meiyauki LaShun Triplett,<br><br>**Debtor(s)**. | CASE NO. 25-41930-pwb<br>CHAPTER 13 |
| Progress Residential Borrower 16, LLC<br><br>**Movant**<br><br>v.<br><br>Meiyauki LaShun Triplett, Debtor(s);<br>and K. Edward Safir, Trustee<br>**Respondents**. | Judge Paul W. Bonapfel<br><br>CONTESTED MATTER |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY, STRICT COMPLIANCE**

Debtor and Movant previously entered into a consent order between Debtor and Movant, dated Sept. 1, 2026 [Doc. 35], requiring Debtor to resume strict compliance with the lease post petition commencing June 1, 2026. Debtor further agreed to cure the post petition arrearage owing through April 2026 via payments of $ 10,488.57 by May 1, 2026 and to cure the post petition arrearage owing through May 2026 via payments of $2524.51 by May 8, 2026.

As evidenced by Movant's subsequent default Motion to Lift Stay for Debtor's Noncompliance With Strict Compliance Order, filed on September 18, 2026 [Doc 37], as supported by adequate notice upon Debtor/Debtor's counsel [Doc 37-1] and further evidenced by a sworn declaration of noncompliance [Doc 37-2], Debtor failed to strictly comply with the terms agreed between the parties, particularly Debtor failed to resume strict compliance under the lease agreement commencing June 1, 2026, and all months thereafter. Debtor further failed to cure the post-petition arrearage through May 2026, having failed to pay $ 2524.51 by May 8, 2026, as remains outstanding.

No response has been filed by Debtor or codebtor in opposition to Movant's motion to lift the automatic stay in light of the default with the strict compliance order [Doc 35].

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue dispossessory proceedings against Debtor as-available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action, including to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(4) is waived to allow Movant to proceed immediately with a dispossessory action;

[**END OF DOCUMENT**]

**Order presented by:**

THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)

Distribution List:

Jeffrey M. Heller
J.M. Heller, Attorney at Law, P.C.
291 Jarvis Street
Canton, GA 30114
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

K. Edward Safir
Standing Chapter 13 Trustee
Ste 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303
*Trustee*

Meiyauki LaShun Triplett, Debtor
23 Ivey Twp Dr
Dallas GA 30132

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 25-41930-pwb
Meiyauki LaShun Triplett Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6 User: bncadmin 
Date Rcvd: Sep 24, 2026 Form ID: pdf404 Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Meiyauki LaShun Triplett, 23 Ivey Township Drive, Dallas, GA 30132-9227 |
| | + | Jeffrey M. Heller, J.M. Heller, Attorney at Law, P.C., 291 Jarvis Street, Canton, GA 30114-3033 |
| | + | Matthew F. Totten, THE TOTTEN FIRM, LLC, 5579 Chamblee Dunwoody Rd, Ste B-136, Atlanta, GA 30338-4154 |
| | + | Meiyauki LaShun Triplett, 23 Ivey Twp Dr, Dallas GA 30132-9227 |
| cr | + | Progress Residential Borrower 16, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25632560 | + | Sterling Auto Consultants, 4180 Lawrenceville Hwy., Tucker, GA 30084-4715 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 24 2026 20:40:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 24 2026 20:43:08 | AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 24 2026 20:43:08 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| | + | Email/Text: ebn@atlch13tt.com | Sep 24 2026 20:40:00 | K. Edward Safir, Standing Chapter 13 Trustee, Ste 1600, 285 Peachtree Center Ave NE, Atlanta, GA 30303-1100 |
| 25632548 | + | Email/Text: bankruptcynotices@aarons.com | Sep 24 2026 20:40:00 | Aaron's, 4272 Jimmy Lee Smith Pkwy, Ste H, Hiram, GA 30141-2649 |
| 25672324 | + | Email/Text: bankruptcynotices@aarons.com | Sep 24 2026 20:40:00 | Aarons, LLC f/k/a Aarons, Inc., d/b/a Aarons, 400 Galleria Parkway, SE Suite 300, Atlanta, GA 30339-3182 |
| 25632549 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 24 2026 20:38:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 25654190 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 24 2026 20:43:14 | Bridgecrest Acceptance Corporation by AIS Portfoli, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25632550 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 24 2026 20:39:16 | Caine & Weiner, P.O. Box 55848, Sherman Oaks, CA 91413 |
| 25632551 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2026 20:43:13 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 25632552 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 24 2026 20:40:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 25632553 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 24 2026 20:43:09 | First Premier Bank, 601 S. Minnesotta Ave., Sioux Falls, SD 57104-4868 |
| 25708596 | | Email/Text: brnotices@dor.ga.gov | | |

| | | | |
|---|---|---|---|
| | | Sep 24 2026 20:40:00 | Georgia Department of Revenue, Bankruptcy, 2595 Century Parkway NE, Suite 339, Atlanta, Georgia 30345 |
| 25632554 | Email/Text: brnotices@dor.ga.gov | Sep 24 2026 20:40:00 | Georgia Dept. of Revenue, Accounts Receivable Collection, 1800 Century Blvd NE Ste 9100, Atlanta, GA 30345 |
| 25632555 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2026 20:40:00 | Internal Revenue Service CIO, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25678604 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 24 2026 20:40:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 25632556 | Email/Text: EBN@Mohela.com | Sep 24 2026 20:39:00 | MOHELA Dept. of Edu, 633 Spirit Dr., Chesterfield, MO 63005 |
| 25662958 | Email/Text: EBN@Mohela.com | Sep 24 2026 20:39:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 25683751 | + Email/Text: JCAP_BNC_Notices@jcap.com | Sep 24 2026 20:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 25632557 | + Email/Text: bknotices@progressresidential.com | Sep 24 2026 20:40:00 | Progress Residential, 2658 Holcomb Bridge #118, Alpharetta, GA 30022-6822 |
| 25662634 | + Email/Text: enotifications@santanderconsumerusa.com | Sep 24 2026 20:40:00 | SANTANDER CONSUMER USA Inc., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 25632559 | + Email/Text: enotifications@santanderconsumerusa.com | Sep 24 2026 20:40:00 | Santander Bank, P.O. Box 961211, Fort Worth, TX 76161-0211 |
| 25633374 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Sep 24 2026 20:40:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25632558 | *+ | Progress Residential, 2658 Holcomb Bridge #118, Alpharetta, GA 30022-6822 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

**Name** **Email Address**

| | |
|---|---|
| Andrew D. Gleason | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. agleason@lrglaw.com |
| Jeffrey M. Heller | on behalf of Debtor Meiyauki LaShun Triplett jeff@jeffhellerlaw.com R55006@notify.bestcase.com;bkparalegal@jeffhellerlaw.com |
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 16 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |

TOTAL: 4